Order entered December 14, 2022



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00961-CR
No. 05-21-00962-CR

**BRIAN SYLVESTER DIGGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-52897-M & F20-52898-M**

**ORDER**

Based on the Court's opinion of this date, we GRANT the motion of GEORGE R. CONKEY to withdraw as counsel of record for appellant BRIAN SYLVESTER DIGGS. We DIRECT the Clerk of the Court to remove GEORGE R. CONKEY as counsel of record for appellant, and we DIRECT the Clerk of the Court to send a copy of this order and all future correspondence to appellant BRIAN SYLVESTER DIGGS at his last known address.

/s/ LANA MYERS

   JUSTICE